UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: Palladium Corral, LLC          CASE NO   23-50546

                                       CHAPTER   11

*AMENDED 5/17/2023*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 5/17/2023                         Signature /s/ Brian J. Smith
                                       *Brian J. Smith*
                                       *Managing Member*


Date _____                  Signature _____

ADDED:

AMEX
PO Box 650448
Dallas TX 75265-0448

Apex Funding Source LLC
3050 Biscayne Blvd Ste 502
Miami FL 33137

Bexar County Tax Assessor
233 N. Pecos La Trinidad
San Antonio TX 78207

Capybara Capital
6501 Congress Ave
Boca Raton FL 33487

CloudFund LLC
c/o Delta Bridge Partners, LLC
2875 NE 191 St #500
Aventura FL 33180

Sysco Corp
1390 Enclave Pkwy
Houston TX 77077

Texas Workforce Commission
Office of Attorney General - Bankruptcy
PO Box 12548 MC 008
Austin TX 78711

US Foods Inc
9399 W Higgins Rd
Rosemont IL 60018