| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Palladium Corral, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | 23-50546 |

☑ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.1**
Creditor's name: **Apex Funding Source LLC**
Creditor's mailing address: **3050 Biscayne Blvd Ste 502**
**Miami     FL    33137**
Creditor's email address, if known:
Date debt was incurred:
Last 4 digits of account number: ___ ___ ___ ___
Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien: **Inventory, Receivables**
Describe the lien: **Monies loan**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$270,000.00     $22,000.00

For Other inventory, $14,000 was purchased within 20 days before: 1) Apex Funding Source LLC; 2) Capybara Capital; 3) U.S. Foods, Inc.; 4) Sysco Corp.. For Accounts receivable 90 days old or less: 1) Resolution Finance, LLC; 2) Apex Funding Source LLC; 3) Capybara Capital; 4) U.S. Foods, Inc.; 5) Sysco Corp..

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$3,141,717.00**

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1

23-50546-mmp Doc#20 Filed 05/18/23 Entered 05/18/23 14:13:38 Main Document Pg 2 of 11

Debtor **Palladium Corral, LLC**     Case number (if known) **23-50546**

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.2**

Creditor's name: **Bexar County Tax Assessor**

Creditor's mailing address: **233 N. Pecos La Trinidad**, **San Antonio, TX**

Creditor's email address, if known:

Date debt was incurred:

Last 4 digits of account number: ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.

1) GSFG Texas, LLC; 2) Resolution Finance, LLC; 3) Texas Workforce Commission; 4) Bexar County Tax Assessor.

  - ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien: **Real property and improvements**

Describe the lien: **2023 Taxes**

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: **$85,000.00**     Column B: **$3,000,000.00**

**2.3**

Creditor's name: **Capybara Capital**

Creditor's mailing address: **6501 Congress Ave.**

**Boca Raton    FL    33487**

Creditor's email address, if known:

Date debt was incurred:

Last 4 digits of account number: ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien: **Inventory, Receivables**

Describe the lien: **Monies loan**

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Column A: **$26,200.00**     Column B: **$22,000.00**

Debtor **Palladium Corral, LLC**      Case number (if known) **23-50546**

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

**2.4**

**Creditor's name**
GSFG Texas, LLC

**Creditor's mailing address**
1580 S. Main St., Ste. 200

Boerne    TX    78006-3312

**Creditor's email address, if known**

**Date debt was incurred**    2020

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**
real property and improvements

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,437,265.00      $3,000,000.00

---

**2.5**

**Creditor's name**
Resolution Finance, LLC

**Creditor's mailing address**
4100 Alpha Rd., Ste. 670

Dallas    TX    75244

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2**

**Describe debtor's property that is subject to a lien**
land, accounts receivables

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$242,000.00      $3,004,000.00

---

Debtor **Palladium Corral, LLC**      Case number (if known) **23-50546**

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.6**

Creditor's name
**Sysco Corp.**

Creditor's mailing address
**1390 Enclave Pkwy**

**Houston**    **TX**    **77077**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien
**Inventory, Receivables**

Describe the lien
**Food products**

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$32,000.00      $22,000.00

**2.7**

Creditor's name
**Texas Workforce Commission**

Creditor's mailing address
**Office of Attorney General- Bankruptcy**
**PO Box 12548 MC-008**

**Austin**    **TX**    **78711**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines **2.2**

Describe debtor's property that is subject to a lien
**Real property and improvements**

Describe the lien
**Taxes**

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

$10,000.00      $3,000,000.00

| Debtor | Palladium Corral, LLC | Case number (if known) 23-50546 |
|---|---|---|

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

**2.8**

**Creditor's name**
U.S. Foods, Inc.

**Creditor's mailing address**
9399 W. Higgins Rd.

Rosemont  IL  60018

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
Inventory, Receivables

**Describe the lien**
Food supplies

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $39,252.00
Column B: $22,000.00

---

Official Form 206D     **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**     page 5

Debtor **Palladium Corral, LLC** Case number (if known) **23-50546**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Cecil W. "Tres" Bain, III<br>Kreager Mitchell Law Firm<br>1580 S. Main St., Ste. 204<br><br>Boerne  TX  78006 | Line  2.4 | ___ ___ ___ ___ |

| Fill in this information to identify the case: |
|---|
| Debtor: **Palladium Corral, LLC** |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): **23-50546** |

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( ___ ) | | | |

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 1

Debtor **Palladium Corral, LLC**     Case number (if known) **23-50546**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                                          **Amount of claim**

**3.1**    Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       **$80,000.00**
*Check all that apply.*

**AMEX**
☐ Contingent
**PO Box 650448**
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Dallas**           **TX**    **75265-0448**    **Credit**

Date or dates debt was incurred                 Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __      ☒ No
                                                                              ☐ Yes

**3.2**    Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       **$162,190.00**
*Check all that apply.*

**CloudFund LLC**
☒ Contingent
**c/o Delta Bridge Partners, LLC**
☒ Unliquidated
**2875 NE 191 St., #500**
☒ Disputed

Basis for the claim:
**Aventura**           **FL**    **33180**    **Monies loan**

Date or dates debt was incurred                 Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __      ☒ No
                                                                              ☐ Yes

Debtor **Palladium Corral, LLC**      Case number (if known) **23-50546**

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---:|
| 5a. | Total claims from Part 1    5a. | $0.00 |
| 5b. | Total claims from Part 2    5b. + | $242,190.00 |
| 5c. | Total of Parts 1 and 2    5c.<br>Lines 5a + 5b = 5c. | $242,190.00 |

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 3

**Fill in this information to identify the case:**

Debtor Name **Palladium Corral, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **23-50546**

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals  12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B......................................................................... **$3,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B....................................................................... **$258,319.00**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B......................................................................... **$3,258,319.00**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D................ **$3,141,717.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. + **$242,190.00**

4. **Total liabilities**
   Lines 2 + 3a + 3b...................................................................................... **$3,383,907.00**

**Fill in this information to identify the case and this filing:**

Debtor Name: __Palladium Corral, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known): __23-50546__

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [ ] *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- [ ] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [ ] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [ ] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [ ] *Schedule H: Codebtors* (Official Form 206H)
- [x] *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- [x] Amended Schedule __D, E/F__
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [ ] Other document that requires a declaration ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/18/2023__
MM / DD / YYYY

X __/s/ Brian J. Smith__
Signature of individual signing on behalf of debtor

__Brian J. Smith__
Printed name

__Managing Member__
Position or relationship to debtor

Official Form 202     Declaration Under Penalty of Perjury for Non-Individual Debtors